MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 3, 2026

Via ECF
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States of America v. Tapestry Management Services, Inc., et al.*, 26 Misc. 545

Dear Judge Caproni:

This Office represents the United States of America (the "Government") in the above-referenced action to enforce civil investigative demands ("CIDs") served by this Office on Respondents Tapestry Management Services, Inc., Tapestry Telehealth PLLC, Chess Medicine PLLC, Chess Medical PC, and Topaz Bay Senior Health PC (together, the "Respondents"), which was filed today. We write respectfully to request that the Court temporarily seal Exhibit F to the Declaration of Rachael Doud, which was submitted in support of the Government's petition to enforce the CIDs. Respondents labeled that document, which is their First Response and Objections to Civil Investigative Demands, as Propriety and Highly Confidential. While the Government does not believe the material in the document is highly confidential, it respectfully requests that the Court temporarily seal it to provide Respondents an opportunity to move to maintain the document under seal. The Government also respectfully seeks leave to file on the public docket a version of the declaration that includes a placeholder for Exhibit F.

We thank the Court for its consideration of the Government's request.

Respectfully,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ *Rachael Doud*
RACHAEL L. DOUD
C. NNEKA NZEKWU
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2699/2737
rachael.doud@usdoj.gov
chibogu.nzekwu@usdoj.gov

Plaintiff's motion to temporarily seal Exhibit F to the Declaration of Rachael Doud, ECF 5-6, is GRANTED. Defendants are directed to file a letter motion for permanent sealing explaining why the exhibit should remain sealed in its totality or redacted in part (with a proposed version of Exhibit F with redactions), or a letter informing the Court they are not requesting sealing, by **November 24, 2026**.

SO ORDERED.

Dated: November 16, 2026
New York, New York

Dale E. Ho
United States District Judge