ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Joanna C. Hendon** **Direct Dial: 212-210-1244** **Email: joanna.hendon@alston.com**

November 18, 2026

**VIA ECF**

Hon. Dale E. Ho
United States District Court
for the Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States of America v. Tapestry Management Services, Inc., et al.*, No. 26 Misc. 545 (S.D.N.Y.)

Dear Judge Ho:

We represent Respondents in the captioned matter. Pursuant to the Court's Individual Practice Rule 2(e), and with the consent of the government, we write respectfully to request that the deadline for Respondents to answer the government's petition, now set for Friday, November 20, 2026, be extended to Tuesday, November 24, 2026, that the deadline for any reply be extended from November 27, 2026, until December 1, 2026, and that the related deadline for Respondents to make any submission concerning the continued sealing of portions of the government's petition be extended from November 24, 2026 until November 27, 2026.

The government filed the captioned matter on November 3, 2026. On November 6, 2026, Respondents filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for the District of Delaware. On November 9, 2026, Respondents/Debtors moved the bankruptcy court for certain emergency relief against the Centers for Medicare & Medicaid Services.

Between November 11 and November 13, Respondents produced to the U.S. Attorney's Office in this district more than 10,000 documents comprising more than 100,000 pages of information responsive to the Civil Investigative Demands that are the subject of the petition now before Your Honor. As requested by the government, Respondents have also processed for review more than 960 gigabytes (approximately 3.2 million pages) of ESI for the 36 custodians requested by the government, using the 22 search strings proposed by the government, as referenced in their petition. Respondents have told the government they intend to make an additional "overlay" production this week designed to aid the government's review of the documents produced in response to the CIDs on November 11 and 13.

The reason for the proposed extension is to allow the parties a further opportunity to discuss resolution of the matters raised by the government's November 3 petition.

This is the second request for an extension of deadlines in this matter. On November 16, 2026, the Court granted the parties' first request for an extension of deadlines, which enlarged Respondents' time to oppose the petition from November 17 until November 20, and the government's time to file any reply, from November 24 until November 27.

If the Court is inclined to grant the requested extension we respectfully request that the Court memo endorse this letter below.

Respectfully submitted,

Joanna C. Hendon

cc: Rachael L. Doud, Assistant United States Attorney (via ECF)
C. Nneka Nzekwu, Assistant United States Attorney (via ECF)

Gerard S. Catalanello, Esq. (via ECF)

SO ORDERED: ______________________________
Hon. Dale E. Ho, U.S.D.J.